UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MEDINA,

    Plaintiff,

-against-

163 ASHLEY DELI GROCERY, et al.,

    Defendants.

19-CV-11443 (MKV) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/20

**BARBARA MOSES, United States Magistrate Judge.**

To minimize person-to-person contact and prevent the spread of the COVID-19 virus, the settlement conference scheduled for **March 23, 2020, at 2:15 p.m.**, will be conducted telephonically. At that time, the parties (including counsel and their clients) shall call into the below teleconference:

Call in Number: (888) 557-8511

Access Code: 7746387

All other provisions of the Order Scheduling Settlement Conference (Dkt. No. 19) remain in effect.

Date: New York, New York
      March 16, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**