UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MEDINA,

    Plaintiff,

-against-

163 ASHLEY DELI GROCERY, et al.,

    Defendants.



19-CV-11443 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' pre-conference settlement letters, which suggest that the parties may be close to settlement. Judge Moses will hold a pre-settlement telephonic conference with counsel **today, March 20, 2020 at 12:00 noon**. Counsel are directed to call the Court's conference line **(888) 557-8511** a few minutes before noon and enter the access code **7746387.** The parties themselves are not required to attend.

Dated: New York, New York
      March 20, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**